UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| )  Plaintiff, ) | CASE NO.   CR07-208-RSM |
| ) | |
| v. ) | |
| ) | |
| MICHAEL MCCONNELL, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____) | |

Offense charged:

    Count I:    Burglary of a Pharmacy, in violation of Title 18, U.S.C., Sections 2118(b) and 2.

Date of Arraignment and Detention Hearing: July 2, 2007

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Ronald Friedman.  The defendant was represented by Allen Bentley.

DETENTION ORDER
PAGE -1-

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) With knowledge of the pending indictment and investigation, the defendant eluded authorities for months. He even obtained counsel before his arrest.

(2) He resisted U.S. Marshal entry of his girlfriend's house at the time of his arrest.

(3) Defendant has untreated substance abuse problems with methamphetamine and alcohol, which resurfaced since his imprisonment in 2004.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//

DETENTION ORDER
PAGE -2-

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of July, 2007.

*/s/ M. J. Benton*
MONICA J. BENTON
United States Magistrate Judge